**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, | : |
| DD IP HOLDER LLC and | : |
| Plaintiffs, | : |
| v. | : Case No. 08-CV-3970 (AKH) |
| JAISRIKAR 2, INC., | : |
| Defendant. | : |

---------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties and that there are no publicly held corporations that hold 10% or more of their stock.

     Dunkin' Donuts Franchised Restaurants LLC, a Delaware limited liability company, operate a franchise system under the trade name "Dunkin' Donuts." It is a wholly-owned subsidiary of Dunkin' Brands, Inc., which, in turn, is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc.

     DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Brands, Inc. and owns all of the U.S. trademarks of Dunkin' Donuts Franchised Restaurants LLC. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

     Plaintiffs are unaware of the identity of any other corporation, unincorporated association, partnership or other business entity not a party to the case, which may have a financial interest in the outcome of the litigation.

Dated: New York, New York

    April 25, 2008

Respectfully submitted,

 /s/ Ronald D. Degen
**RONALD D. DEGEN** (RD 7808)
SCOTT G. GOLDFINGER (SG 9219)
KRISTIN M. LASHER (KL 0614)
O'ROURKE & DEGEN, PLLC
Attorneys for Plaintiffs
225 Broadway, Suite 715
New York, New York 10007
Telephone (212) 227-4530
Facsimile (212) 385-9813
E-mail rdegen@odlegal.com