<u>United States District Court Southern District of New York</u>
**JUDGE HELLERSTEIN**
DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC
AND DD IP HOLDER LLC,

        Plaintiffs,

--against-                                          Case number 08 CIV 3970

JAISRIKAR 2, INC.
        Defendant,

---

State of New York
County of Saratoga:
    The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 2nd   2008  10:45 AM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the; Summons and complaint, individual practices of Judge Alvin K. Hellerstein, USDC/SDNY 3rd amended instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY guidelines for electronic case filing.

**On:** Jaisrikar 2, Inc.

Defendant in this action, by delivering to and leaving with *Carol Vogt, DEMO*
In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at One Commerce Plaza ( 99 Washington Ave.) 6th floor, Albany, NY 12210, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars.  That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: dark   Age (Approx.) 53
Height (Approx.) 5' 1"   Weight (Approx.) 110   Other identifying features: Glasses

Sworn to before me this
2nd day of May 2008

_____
Richard Grice Notary Public State of New York
Saratoga County, No. 01GR4835860
Commission Expires: May. 31, 2011

                                                    _____
                                                    Sara Grice