HELLERSTEIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED :
   RESTAURANTS LLC,
DD IP HOLDER LLC and :

                   Plaintiffs, :

     v. : Case No. 08-CV-3970 (AKH)

JAISRIKAR 2, INC., :

                Defendant. :
------------------------------------------------------------X

[Stamp: RECEIVED JUN 12 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/27/08]

## DEFAULT JUDGMENT

NOW, upon motion of O'ROURKE & DEGEN, PLLC, attorneys for Plaintiffs, it is

**ORDERED AND ADJUDGED,** that Plaintiffs' motion for a default judgment is hereby granted; and it is further

**ORDERED, ADJUDGED AND DECREED,** that the Franchise Agreement dated May 10, 2004 between Plaintiff Dunkin' Donuts Franchised Restaurants LLC and Defendant Jaisrikar 2, Inc. authorizing it to operate a Dunkin' Donuts franchise at 105 West 125th Street, New York, New York is hereby declared terminated and of no further force and effect, as of April 25, 2008, except insofar as the same shall continue to have validity upon its termination; and it is further

**ORDERED, ADJUDGED AND DECREED,** that Jaisrikar 2, Inc., its agents, servants and all persons acting on its behalf are enjoined and restrained from using, displaying, or otherwise infringing upon the trademarks, trade names and trade dress of Dunkin' Donuts and Baskin-Robbins; or using or displaying any other name, mark or trade dress that is confusingly similar to the trademarks, trade names and trade dress of Dunkin' Donuts or from otherwise committing acts of infringement and unfair competition against Plaintiffs in violation of the Lanham Act at their business at 105 West 125th Street, New York, New York; and it is further

**ORDERED, ADJUDGED AND DECREED,** that ~~a hearing be held~~ an inquest will be on damages ~~at the Courthouse located at 500 Pearl Street, New York, New York, at ___ M. on the ___ day of~~ held by Hon. Henry Pitman, USMJ, at a date and place by him to be assigned, and to recommend a report thereon.

~~_____, 2008, and it is further~~

**ORDERED,** that Plaintiffs' attorneys serve a copy of this Default Judgment upon Defendant by first class mail on or before the 3rd day of July, 2008.

DTD: NYC, NY
6/27, 2008

_____
**ALVIN K. HELLERSTEIN**
United States District Judge