**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED   :
  RESTAURANTS LLC,
DD IP HOLDER LLC and   :

                Plaintiffs,   :

       v.   : Case No. 08-CV-3970 (AKH)

JAISRIKAR 2, INC.,   :

               Defendant.   :

------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty of perjury, that on June 27, 2008 a copy of a Default Judgment was sent first class mail in a postpaid envelope addressed to each of the following:

    Jaisrikar 2, Inc.
    d/b/a Dunkin' Donuts
    105 West 125th Street
    New York, New York 10027

Dated: June 27, 2008

                                        /s/ Ronald Degen
                                        **RONALD DEGEN**