```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
DUNKIN DONUTS FRANCHISED           :
RESTAURANTS, LLC                   :
                                   :
            Plaintiff,             :   08 Civ. 3970 (AKH) (HBP)
                                   :
    -against-                      :   SCHEDULING
                                   :   ORDER
JAISRIKAR 2, INC.                  :
                                   :
            Defendant.             :
                                   :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

PITMAN, United States Magistrate Judge:

This matter having been referred to me to conduct an inquest and to report and recommend concerning plaintiff's damages, it is hereby ORDERED that:

1.  Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than September 11, 2008. All factual assertions made by plaintiff are to be supported by either affidavit or other material of evidentiary weight.

2.  Defendant shall submit its response to Plaintiff's submission, if any, no later than October 10, 2008. <u>IF DEFENDANT (1) FAILS TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAILS TO CONTACT MY CHAMBERS BY OCTOBER 10, 2008 AND REQUEST AN IN-COURT HEARING, IT IS MY INTENTION TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES ON THE BASIS OF PLAINTIFF'S WRITTEN</u>

SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See <u>Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F.3d 105, 111 (2d Cir. 1997); <u>Fustok v. ContiCommodity Services Inc.</u>, 873 F.2d 38, 40 (2d Cir. 1989) ("[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.")

Dated: New York, New York
July 11, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Kristin M. Lasher, Esq.
Fasulo, Shalley & DiMaggio, LLP
225 Broadway
Suite 715
New York, New York 10007

Ronald David Degen, Esq.
O'Rourke & Degen, PLLC
225 Broadway
Suite 715
New York, New York 10007

Jaisrikar 2, Inc.
105 West 125th. Street
New York, New York 10027