UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD IP HOLDER LLC and | : **Electronically Filed** |
| | : |
| Plaintiffs, | : |
| v. | : Case No. 08-CV-3970 (AKH)(HBP) |
| JAISRIKAR 2, INC., | : |
| Defendant. | : |

-------------------------------------------------------X

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC, by their attorneys, O'Rourke & Degen, PLLC, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: New York, New York
      August 16, 2008

                                                      Respectfully submitted,

                                                      /s/ Ronald Degen
                                                    **RONALD DEGEN** (RD 7808)
                                                    SCOTT G. GOLDFINGER (SG 9219)
                                                    KRISTIN M. LASHER (KL 0614)
                                                    O'ROURKE & DEGEN, PLLC
                                                    Attorneys for Plaintiffs
                                                    225 Broadway, Suite 715
                                                    New York, New York 10007
                                                    Telephone (212) 227-4530
                                                    Facsimile (212) 385-9813
                                                    E-mail rdegen@odlegal.com

SO ORDERED:

_____
**ALVIN K. HELLERSTEIN**
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify, under penalty of perjury, that on August 16, 2008 a copy of the Notice of Dismissal was sent this date by first class mail in a post-paid wrapper addressed to each of the following:

    Mr. Sreenivassa Reddy Gade
    Jaisrikar 2, Inc.
    d/b/a Dunkin' Donuts
    105 West 125th Street
    New York, New York 10027

Dated: August 16, 2008

                                       /s/ Ronald Degen
                                       **RONALD DEGEN**