UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISED : Electronically Filed
  RESTAURANTS LLC,
DD IP HOLDER LLC and :

                Plaintiffs, :

     v. : Case No. 08-CV-3970 (AKH)(HBP)

JAISRIKAR 2, INC., :

              Defendant. :

------------------------------------------------------------X

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC, by their attorneys, O'Rourke & Degen, PLLC, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: New York, New York

     August 16, 2008

                                              Respectfully submitted,

                                              /s/ Ronald Degen
                                              **RONALD DEGEN** (RD 7808)
                                              SCOTT G. GOLDFINGER (SG 9219)
                                              KRISTIN M. LASHER (KL 0614)
                                              O'ROURKE & DEGEN, PLLC
                                              Attorneys for Plaintiffs
                                              225 Broadway, Suite 715
                                              New York, New York 10007
                                              Telephone (212) 227-4530
                                              Facsimile (212) 385-9813
                                              E-mail rdegen@odlegal.com

SO ORDERED: 8/20/08

/s/ Alvin K. Hellerstein
**ALVIN K. HELLERSTEIN**
United States District Judge

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/20/08]